```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                   Case No. 13-11302-sr
Lawrence E. Feldman                                                      Chapter 7
Robyn Feldman
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                 Page 1 of 3                  Date Rcvd: Oct 06, 2014
                              Form ID: 222                 Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2014.
db/jdb        +Lawrence E. Feldman,    Robyn Feldman,    1410 Academy Road,    Elkins Park, PA 19027-2515
NONE          +Bette Woolsey,    c/o Dean Weisgold, Esquire,    1835 Market Street,    Suite 1215,
                Philadelphia, PA 19103-2912
12971425       ASCAP,    Frost/Arnett,    PO Box 198988,    Nashville, TN 37219-8988
12971418      +Abington Sewer,    1176 Old York Road,    Abington, PA 19001-3713
12971419      +Abington Township,    1176 Old York Road,    Abington, PA 19001-3797
12971421      +Al Kane,    Valley Glen,    Elkins Park, PA 19027
12971422      +Allen B. Dubroff, Esquire,    2 Penn Center,    Ste. 1030,    1500 JFK Blvd,
                Philadelphia, PA 19102-1731
12971423      +American Asset Finance,    c/o Halberstadt Curley LLC,    Spring Mill Corp Center 1100,
                E. Hector St, Ste. 425,    Conshohocken, PA 19428-1918
13091326      +American Asset Finance LLC,    23 Deerbrook Lane,    West Milford, NJ 07480-3018
12971427       BMI,    PO Box 637500,    Cincinnati, OH 45263-7500
12971426      +BanCorp,    409 Silverside Road,    Ste. 105,    Wilmington, DE 19809-1771
13020750      +Bette and John Woolsey,    c/o Dean E. Weisgold, Esquire,    1835 Market Street, Suite 1215,
                Philadelphia, PA 19103-2912
13038550      +Broadcast Music Inc.,    10 Music Square East,    Nashville TN 37203-4399
12971429      +Center for Medesthetix,    M Burr Keim Company,    2021 Arch Street,
                Philadelphia, PA 19103-1467
12971430       Citizens Bank,    PO Box 70000,    ROP450,    Providence, RI 02940
12971431      +City of Philadelphia,    Failure to Pay Judgment Jurisdiction,    RCB,    5900 Torresdale Avenue,
                Philadelphia, PA 19135-4127
12971432       City of Philadelphia,    Dept of Revenue,    PO Box 1660,    Philadelphia, PA 19105-1660
13015433      +Commonwealth of Pennsylvania - UCTS,    Department of Labor & Industry,
                Attn: Sandra Luckenbill,    Room 203,    625 Cherry St,    Reading, PA 19602-1152
12971433      +Counsel Financial,    6400 Main Street,    Buffalo, NY 14221-5858
13078574      +Counsel Financial Services LLC,    Attn: Kelly Anthony Esquire,    3060 Peachtree Rd NW ste 225,
                Atlanta, GA 30305-2239
12971434       Counsel Financial Services, LLC,    c/o Howard Scher, Esquire,    Buchanan, Ingersoll & Rooney,
                50 S. 16th Street, Ste. 3200,    Philadelphia, PA 19102-2555
12971435       Counsel Press LLC,    PO Box 86,    Minneapolis, MN 55486-2802
12971436       Damon Morey,    Avant Bldg. Ste.1200,    200 Delaware Avenue,    Buffalo, NY 14202-2150
12971437      +Dean Weisgold,    1835 Market Street,    Ste. 1215,    Philadelphia, PA 19103-2912
12971438      +Discover,    c/o RMA Alliance,    12339 Cutten Road,    Houston, TX 77066-1807
12971439      +EZPass Retrieval Masters,    Creditors Bureau Inc.,    4 W, Chester Plaza,    Ste. 110,
                Elmsford, NY 10523-1615
12971440      +GE Capital/RMS,    55 Suman Road,    PO Box 3099,    Naperville, IL 60566-7099
12971441      +HESC Conserve#6190853,    PO Box 3023,    Niagara Falls, NY 14304-7323
12971442       HSBC Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
13144205      +Ileene M. Gittleman,    c/o Alan B. Liss, Esquire,    1420 Walnut Street, Suite 808,
                Philadelphia, PA 19102-4008
12971444      +Independence Blue Cross,    GB Collects,    145 Braford Drive,    West Berlin, NJ 08091-9269
12971446      +Jay W. Blumenthal,    Abington Township Bldg,    1176 Old York Road,    Abington, PA 19001-3797
12971447      +John & Bette Woolsy,    225 Race Street,    Philadelphia, PA 19106-1964
12971448       Labor & Industry,    Office of Unemployment Compensation,    Tax Services,    PO Box 60848,
                Harrisburg, PA 17106-0848
12971449       Larry Brouse, CPA,    Foxcroft Pavillion,    Elkins Park, PA 19027
12971450      +Lightfoot Security Systems,    Transworld Systems,    980 Harvest Drive #202,
                Blue Bell, PA 19422-1955
12971452       MOHELA,    Dept of Education,    PO Box 105347,    Atlanta, GA 30348-5347
13032595      +MOHELA on behalf of Dept. of ED,    633 Spirit Drive,    Chesterfield MO 63005-1243
12971451       Mediconnect Global Inc.,    Manning Price & Stern,    PO Box 864371,    Orlando, FL 32886-4371
12971453      +Naomi Ginsburg,    The Plaza,    Greenwood Avenue,    Jenkintown, PA 19046
12971455      +PA Department of Revenue Line,    c/o Barger, Goggan, Blair & Sampson,    PO Box 90128,
                Harrisburg, PA 17109-0128
12971456      +PA Dept of Revenue,    Penn Credit,    916 S. 14th Street,    PO Box 988,
                Harrisburg, PA 17108-0988
12971458       Pitney Bowes Vital Recovery Services,    PO Box 923748,    Norcross, GA 30010-3748
12971464      +SPS,    PO Box 65250,    Salt Lake City, UT 84165-0250
12971461      +Sargent's Court Reporting,    210 Main Street,    Johnstown, PA 15901-1509
12971466       State Auto Insurance Co.,    RMS 77 Hartland Street,    Ste. 401,    PO Box 280431,
                East Hartford, CT 06128-0431
13032115      +The Bancorp Bank,    c/o Lyndsay E. Rowland, Esq.,    3600 Horizon Boulevard,    Ste. 150,
                Trevose, PA 19053-4949
12971468       Univ. of PA/Penn Cardiology,    PO Box 6768,    Reading, PA 19610-0768
12971469      +Univ. of Penn Veterinary Conserve,    200 Cross Keys Office Park,    Fairport, NY 14450-3510
12971470      +Verizon,    c/o Penn Credit,    PO Box 1259,    Dept. 91047,    Oaks, PA 19456-1259
12971473      +Yellowbook Sales and Distribution,    Company, Inc.,    c/o Amato & Lessa P.C.,
                107 N. Commerce Way,    Bethlehem, PA 18017-8913
```

```
District/off: 0313-2          User: DonnaR                 Page 2 of 3                    Date Rcvd: Oct 06, 2014
                              Form ID: 222                 Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: QRHHOLBER.COM Oct 07 2014 02:23:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg               E-mail/Text: bankruptcy@phila.gov Oct 07 2014 02:25:24      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2014 02:25:17       U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr                EDI: HNDA.COM Oct 07 2014 02:23:00      American Honda Finance Corporation,
                  3625 W. Royal Lane, Suite 200,    Irving, TX 75063,    UNITED STATES
cr                EDI: RMSC.COM Oct 07 2014 02:23:00      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
cr               +E-mail/Text: mbonilla@thebancorp.com Oct 07 2014 02:24:47       The Bancorp Bank,    26th Floor,
                  1818 Market Street,    Philadelphia, PA 19103-3638
12971420          EDI: HNDA.COM Oct 07 2014 02:23:00      Acura,    PO Box 7829,    Philadelphia, PA 19101-7829
13089674          EDI: BECKLEE.COM Oct 07 2014 02:23:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
13075136          EDI: AIS.COM Oct 07 2014 02:23:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK 73124-8838
13036762          EDI: AIS.COM Oct 07 2014 02:23:00      American InfoSource LP as agent for,
                  Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
12971424          EDI: AMEREXPR.COM Oct 07 2014 02:23:00      Amex,    PO Box 297858,
                  Fort Lauderdale, FL 33329-7858
13054068          E-mail/Text: bankruptcy@phila.gov Oct 07 2014 02:25:24      City of Philadelphia Law Department,
                  Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA 19102-1595
12971428         +EDI: CAPITALONE.COM Oct 07 2014 02:23:00      Capitol One,    15000 Capital One Drive,
                  Henrico, VA 23238-1119
13042695          EDI: DISCOVER.COM Oct 07 2014 02:23:00      Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH 43054-3025
12971445          EDI: IRS.COM Oct 07 2014 02:23:00      IRS,    801 Old York Road,    Noble Plaza,    4th Floor,
                  Jenkintown, PA 19046
12971457          E-mail/Text: bankruptcygroup@peco-energy.com Oct 07 2014 02:24:53        PECO,
                  2301 Market Street,    Philadelphia, PA 19103-1380
12971459          E-mail/Text: bankruptcydepartment@ncogroup.com Oct 07 2014 02:25:12        PNC,
                  c/o NCO Financial Systems,    PO Box 15740,    Wilmington, DE 19850-5740
13029698          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2014 02:25:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division, P.O Box 280946,
                  Harrisburg, PA 17128-0946
13048779          EDI: RECOVERYCORP.COM Oct 07 2014 02:23:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12971460          EDI: NAVIENTFKASMSERV.COM Oct 07 2014 02:23:00      Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
12971463         +E-mail/Text: cop@santander.us Oct 07 2014 02:24:55       Sovereign Bank,    PO Box 12646,
                  Mail Code 10-6438-CC7,    Reading, PA 19612-2646
12971465         +E-mail/Text: mrivera@murphylomon.com Oct 07 2014 02:25:07
                  Stanley Convergent Security Solutions,    c/o Murphy, Lomon & Associates,    2860 River Road,
                  Ste. 200,    Des Plaines, IL 60018-6007
12971471          EDI: PHINRJMA.COM Oct 07 2014 02:23:00      Wachovia Bank,    c/o RJM Acquisitions, LLC,
                  575 Underhill Blvd,    Ste. 224,    Syosset, NY 11791-3416
12971472          E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 07 2014 02:25:09       Westlake,
                  PO Box 54807,    Los Angeles, CA 90054-0807
                                                                                                TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12971443         Ileen Gittleman
12971454         Notice of Lien Deficiency Letter
12971467         Syd Kane
aty*            +ROBERT H. HOLBER,    Robert H. Holber PC,    41 East Front Street,    Media, PA 19063-2911
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*             +American Asset Finance, LLC,    23 Deerbrook Lane,    West Milford, NJ 07480-3018
12971462        ##+Sousan Pharmacy,    8029 Old York Rd,    Elkins Park, PA 19027-1413
                                                                                   TOTALS: 3, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: DonnaR            Page 3 of 3            Date Rcvd: Oct 06, 2014
                              Form ID: 222            Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              ALAN D. BUDMAN    on behalf of Debtor Lawrence E. Feldman alan-budman@erols.com
              ALAN D. BUDMAN    on behalf of Defendant Lawrence F. Feldman alan-budman@erols.com
              ALAN D. BUDMAN    on behalf of Joint Debtor Robyn   Feldman alan-budman@erols.com
              ALLEN B. DUBROFF    on behalf of Defendant Lawrence F. Feldman allen@dubrofflawllc.com,
               ron@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com,G7245@notify.cincompass.com
              ALLEN B. DUBROFF    on behalf of Attorney Allen B Dubroff allen@dubrofflawllc.com,
               ron@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com,G7245@notify.cincompass.com
              BRIAN H. SMITH    on behalf of Creditor    The Bancorp Bank bhsmith@stark-stark.com,
               llevenduski@stark-stark.com
              Commonwealth of PA    RA-LI-BETO-BankReading@state.pa.us
              DEAN E. WEISGOLD    on behalf of  Bette  Woolsey weisgoldlaw@aol.com
              KELLE A KILGARRIFF    on behalf of Creditor    American Asset Finance, LLC kkilgarriff@halcur.com
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    The Bancorp Bank lrowland@lammlaw.com,
               lstarkman@lammlaw.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER     trustee@holber.com,  rholber@ecf.epiqsystems.com
              SCOTT M. ROTHMAN    on behalf of Plaintiff    American Asset Finance, LLC srothman@halcur.com
              Timothy A Bortz    ra-li-beto-bankreading@state.pa.us
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net
                                                                                             TOTAL: 16
```

B18J (Form 18J) (08/07)

# United States Bankruptcy Court

Eastern District of Pennsylvania
**Case No. 13–11302–sr**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lawrence E. Feldman | Robyn Feldman |
| fdba Lawrence E. Feldman & Associates, | 1410 Academy Road |
| Attorney at Law | Elkins Park, PA 19027 |
| 1410 Academy Road | |
| Elkins Park, PA 19027 | |

Social Security / Individual Taxpayer ID No.:
xxx–xx–4168                                                    xxx–xx–4246

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 10/6/14                                    Stephen Raslavich
                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**